**Boise Cascade®**

Boise Cascade Company
1111 W Jefferson St
Suite 300
Boise, ID 83702

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/08/2024 |
| Period End Date | 07/21/2024 |
| Pay Date | 07/26/2024 |
| Document | 391118 |
| **Net Pay** | **$2,788.29** |

## Pay Details

**JOLEEN JENNIFER AHLQUIST**
1836 55TH ST E
INVER GROVE HEIGHTS, MN 55077
USA

| | | | |
|---|---|---|---|
| Employee Number | 154119 | Pay Group | Boise Cascade Bi-Weekly |
| SSN | XXX-XX-XXXX | Location | MN-BMD Minneapolis |
| Job | Location Controller | Division | BMD - Building Materials Distr |
| Pay Rate | $43.26 | Region | BWEST - BMD West |
| Pay Frequency | Biweekly | BusinessUnit | MN5016 - BMD Minneapolis |
| | | Department | B6000 - BMD Administration |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Float Holiday | 0.000000 | $0.00 | $0.00 | $346.15 |
| GTL Imputed | | | $4.25 | $12.75 |
| Holiday | 0.000000 | $0.00 | $0.00 | $346.15 |
| Regular | 80.000000 | $43.26 | $3,461.54 | $7,961.54 |
| Signing Bonus | 0.000000 | $0.00 | $0.00 | $5,000.00 |

Total Hours Worked  80.000000    Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $12.00 | $36.00 | $38.00 | $114.00 |
| GTL Imputed | No | $4.25 | $12.75 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $23.08 | $69.24 | $0.00 | $0.00 |
| Medical | Yes | $143.00 | $429.00 | $490.50 | $1,471.50 |
| 401K Employer | Yes | $0.00 | $0.00 | $138.46 | $546.15 |
| | No | $0.00 | $0.00 | $0.31 | $0.93 |
| | No | $0.00 | $0.00 | $10.80 | $32.40 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $128.72 | $1,357.44 |
| Employee Medicare | $47.67 | $190.42 |
| Social Security Employee Tax | $203.84 | $814.21 |
| MN State Income Tax | $114.94 | $554.12 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| FLOAT | 0.0000 | 1.0000 |
| YTO CARRYOVER AND ACCRUED | 0.0000 | 15.4800 |
| YTO CURRENT BALANCE | 0.0000 | 15.4800 |
| YTO TAKEN | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2892 | Checking | $2,788.29 |
| Total | | $2,788.29 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,465.79 | $3,287.71 | $495.17 | $182.33 | **$2,788.29** |
| YTD | $13,666.59 | $13,132.35 | $2,916.19 | $546.99 | $10,203.41 |

**Boise Cascade®**

Boise Cascade Company
1111 W Jefferson St
Suite 300
Boise, ID 83702

**Pay Statement**
Period Start Date  06/24/2024
Period End Date    07/07/2024
Pay Date           07/12/2024
Document           383266

**Net Pay**         **$2,788.28**

## Pay Details

**JOLEEN JENNIFER AHLQUIST**
1836 55TH ST E
INVER GROVE HEIGHTS, MN 55077
USA

| | | | |
|---|---|---|---|
| Employee Number | 154119 | Pay Group | Boise Cascade Bi-Weekly |
| SSN | XXX-XX-XXXX | Location | MN-BMD Minneapolis |
| Job | Location Controller | Division | BMD - Building Materials Distr |
| Pay Rate | $43.26 | Region | BWEST - BMD West |
| Pay Frequency | Biweekly | BusinessUnit | MN5016 - BMD Minneapolis |
| | | Department | B6000 - BMD Administration |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Float Holiday | 8.000000 | $43.26 | $346.15 | $346.15 |
| GTL Imputed | | | $4.25 | $8.50 |
| Holiday | 8.000000 | $43.26 | $346.15 | $346.15 |
| Regular | 64.000000 | $43.26 | $2,769.23 | $4,500.00 |
| Signing Bonus | 0.000000 | $0.00 | $0.00 | $5,000.00 |

Total Hours Worked  64.000000    Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| Dental | Yes | $12.00 | $24.00 | $38.00 | $76.00 |
| GTL Imputed | No | $4.25 | $8.50 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $23.08 | $46.16 | $0.00 | $0.00 |
| Medical | Yes | $143.00 | $286.00 | $490.50 | $981.00 |
| 401K Employer | Yes | $0.00 | $0.00 | $138.46 | $407.69 |
| | No | $0.00 | $0.00 | $0.31 | $0.62 |
| | No | $0.00 | $0.00 | $10.80 | $21.60 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $128.72 | $1,228.72 |
| Employee Medicare | $47.67 | $142.75 |
| Social Security Employee Tax | $203.84 | $610.37 |
| MN State Income Tax | $114.94 | $439.18 |

## Paid Time Off

| Plan | Current | Balance |
|---|---:|---:|
| FLOAT | 0.0000 | 1.0000 |
| YTO CARRYOVER AND ACCRUED | 0.0000 | 9.2900 |
| YTO CURRENT BALANCE | 0.0000 | 9.2900 |
| YTO TAKEN | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxx2892 | Checking | $2,788.28 |
| Total | | $2,788.28 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $3,465.78 | $3,287.70 | $495.17 | $182.33 | **$2,788.28** |
| YTD | $10,200.80 | $9,844.64 | $2,421.02 | $364.66 | $7,415.12 |

**Boise Cascade**

Boise Cascade Company
1111 W Jefferson St
Suite 300
Boise, ID 83702

| Pay Statement | |
|---|---|
| Period Start Date | 06/24/2024 |
| Period End Date | 07/07/2024 |
| Pay Date | 07/03/2024 |
| Document | 2024070399 |
| **Net Pay** | **$3,205.00** |

## Pay Details

**Joleen Jennifer Ahlquist**
1836 55th St E
Inver Grove Heights, MN 55077
USA

| | | | |
|---|---|---|---|
| Employee Number | 154119 | Pay Group | Boise Cascade Bi-Weekly |
| SSN | XXX-XX-XXXX | Location | MN-BMD Minneapolis |
| Job | Location Controller | Division | BMD - Building Materials Distr |
| Pay Rate | $43.26 | Region | BWEST - BMD West |
| Pay Frequency | Biweekly | BusinessUnit | MN5016 - BMD Minneapolis |
| | | Department | B6000 - BMD Administration |

## Earnings

| Pay Type | Hours | Pay Rate | Current |
|---|---|---|---|
| GTL Imputed | 0.000000 | $0.00 | $0.00 |
| Regular | 0.000000 | $0.00 | $0.00 |
| Signing Bonus | 0.000000 | $0.00 | $5,000.00 |

**Total Hours Worked** 0.000000     **Total Hours** 0.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Employer | Yes | $0.00 | $0.00 | $200.00 | $269.23 |
| | No | $0.00 | $0.00 | $0.00 | $0.31 |
| | No | $0.00 | $0.00 | $0.00 | $10.80 |
| Dental | Yes | $0.00 | $12.00 | $0.00 | $38.00 |
| Healthcare FSA | Yes | $0.00 | $23.08 | $0.00 | $0.00 |
| GTL Imputed | No | $0.00 | $4.25 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $143.00 | $0.00 | $490.50 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| MN State Income Tax | $312.50 | $324.24 |
| Federal Income Tax | $1,100.00 | $1,100.00 |
| Employee Medicare | $72.50 | $95.08 |
| Social Security Employee Tax | $310.00 | $406.53 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $3,205.00 |
| Total | | $3,205.00 |

**Boise Cascade®**

Boise Cascade Company
1111 W Jefferson St
Suite 300
Boise, ID 83702

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/10/2024 |
| Period End Date | 06/23/2024 |
| Pay Date | 06/28/2024 |
| Document | 375374 |
| **Net Pay** | **$1,421.84** |

## Pay Details

**JOLEEN JENNIFER AHLQUIST**
1836 55TH ST E
INVER GROVE HEIGHTS, MN 55077
USA

| | |
|---|---|
| Employee Number | 154119 |
| SSN | XXX-XX-XXXX |
| Job | Location Controller |
| Pay Rate | $43.26 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Boise Cascade Bi-Weekly |
| Location | MN-BMD Minneapolis |
| Division | BMD - Building Materials Distr |
| Region | BWEST - BMD West |
| BusinessUnit | MN5016 - BMD Minneapolis |
| Department | B6000 - BMD Administration |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL Imputed | | | $4.25 | $4.25 |
| Regular | 40.000000 | $43.26 | $1,730.77 | $1,730.77 |

Total Hours Worked  40.000000　　Total Hours  40.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $12.00 | $12.00 | $38.00 | $38.00 |
| GTL Imputed | No | $4.25 | $4.25 | $0.00 | $0.00 |
| Healthcare FSA | Yes | $23.08 | $23.08 | $0.00 | $0.00 |
| Medical | Yes | $143.00 | $143.00 | $490.50 | $490.50 |
| 401K Employer | Yes | $0.00 | $0.00 | $69.23 | $69.23 |
| | No | $0.00 | $0.00 | $0.31 | $0.31 |
| | No | $0.00 | $0.00 | $10.80 | $10.80 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $22.58 | $22.58 |
| Social Security Employee Tax | $96.53 | $96.53 |
| MN State Income Tax | $11.74 | $11.74 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| FLOAT | 0.0000 | 2.0000 |
| YTO CARRYOVER AND ACCRUED | 0.0000 | 3.1000 |
| YTO CURRENT BALANCE | 0.0000 | 3.1000 |
| YTO TAKEN | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2892 | Checking | $1,421.84 |
| Total | | $1,421.84 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,735.02 | $1,556.94 | $130.85 | $182.33 | **$1,421.84** |
| YTD | $1,735.02 | $1,556.94 | $130.85 | $182.33 | $1,421.84 |