UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Case No. 24-31929
Chapter 7

Joleen Jennifer Ahlquist,

Debtor.

*NOTICE OF HEARING AND*
*MOTION FOR RELIEF FROM STAY*

TO: Debtor and Attorney for Debtor; Nauni Jo Manty, Chapter 7 Trustee; U.S. Trustee; and other parties in interest.

1. Capital One Auto Finance, a division of Capital One, N.A., a secured creditor of the Debtor, by its attorney, moves the court for the relief requested below, and gives notice of hearing herewith.

2. The court will hold a hearing on this motion at **1:30 pm** on **Thursday, September 26, 2024**, before the Honorable Kesha L. Tanabe, in courtroom No. 2C, 2nd floor, at the United States Courthouse, 316 North Robert Street, Saint Paul, Minnesota 55101.

3. Any response to this motion must be filed and served not later than Thursday, September 19, 2024, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This motion arises under 11 U.S.C. §362 and Fed. R. Bankr. P. 4001. This motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 9006-1, 9013-1 through 9013-3. Capital One Auto Finance, a division of Capital One, N.A. seeks relief from the automatic stay of 11 U.S.C. §362 with respect to certain personal property owned by Debtor.

1

5. The petition commencing this Chapter 7 case was filed on July 26, 2024 and the case is now pending in this court. This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 1334 and 157(a), Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding.

6. Capital One Auto Finance, a division of Capital One, N.A. holds a valid, perfected interest in a 2020 Lincoln Aviator, vehicle identification number 5LM5J7WC6LGL37404 (the "Vehicle").

7. Copies of Capital One Auto Finance, a division of Capital One, N.A.'s agreement with the Debtor (the "Contract") and evidence of perfection of Capital One Auto Finance, a division of Capital One, N.A.'s interest in the Vehicle are attached hereto as Exhibits A and B and incorporated herein by reference.

8. As of August 18, 2024, payments due under the terms of the Contract for the months of May 2024 through August 2024 totaling $2,920.60 have not been made by the Debtor. Capital One Auto Finance, a division of Capital One, N.A. has not been provided with evidence of current insurance on the Vehicle.

9. As of August 18, 2024, the balance due under the Contract is $34,305.55. On information and belief, the J.D. Power Values f/k/a N.A.D.A. Official Used Car Guide clean trade-in value of the Vehicle is approximately $32,800.00.

10. Capital One Auto Finance, a division of Capital One, N.A.'s interest is depreciating, while there is a failure to make payments by the Debtor. Capital One Auto Finance, a division of Capital One, N.A. does not have, and has not been offered, adequate protection of its interest in the Vehicle. There is no appreciable equity in the Vehicle and, in view of the fact that this is a Chapter 7 liquidation proceeding, the Vehicle is not necessary for an effective reorganization.

11. The failure of the Debtor to make payments pursuant to the Contract or otherwise provide Capital One Auto Finance, a division of Capital One, N.A. with adequate protection of its interest in the Vehicle and the failure of the Debtor(s) to provide evidence of insurance on the Vehicle constitutes cause, within the meaning of 11 U.S.C. § 362(d)(1) and 362(d)(2), entitling Capital One Auto Finance, a division of Capital One, N.A. to relief from the stay.

12. The Vehicle is depreciating therefore Capital One Auto Finance, a division of Capital One, N.A. requests that any order modifying the automatic stay be effective immediately as allowed under Federal Bankruptcy Rule 4001(a)(3).

13. If testimony is necessary as to any facts relevant to this motion, Jeanne Scharf, or some other representative, will testify on behalf of Capital One Auto Finance, a division of Capital One, N.A.

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A. respectfully moves the court for an order (i) modifying the automatic stay of 11 U.S.C. §362 so as to permit Capital One Auto Finance, a division of Capital One, N.A. to foreclose its interest in the Vehicle in accordance with nonbankruptcy law, (ii) finding that Bankruptcy Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable, and (iii) granting such other relief as may be just and equitable.

Dated: September 9, 2024                     STEWART, ZLIMEN & JUNGERS, LTD.

By     s/ Bradley J. Halberstadt
Bradley J. Halberstadt (#215296)
Attorneys for Movant
2860 Patton Road
Roseville, MN  55113
651-366-6380 Ext. 111
E-Mail:  Brad@szjlaw.com

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:    Case No. 24-31929
          Chapter 7

Joleen Jennifer Ahlquist,

   Debtor.

## VERIFICATION

I, __Yvette Hutchison__, a COAF Ops Sr. Coordinator of Capital One Auto Finance, a division of Capital One, N.A. declare that the factual allegations made in the document affixed hereto are true and correct to the best of my knowledge, information and belief. In addition, this verification is made on my personal knowledge, sets forth only facts that would be admissible in evidence and I am competent to testify to the matters stated in such document.

Date: 09/05/2024

_____
COAF Ops Sr. Coordinator
Capital One Auto Finance, a division of Capital One, N.A.

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Case No. 24-31929
Chapter 7

Joleen Jennifer Ahlquist,

*MEMORANDUM IN SUPPORT OF*
Debtor.  *MOTION FOR RELIEF FROM STAY*

Capital One Auto Finance, a division of Capital One, N.A. submits this memorandum of law in support of its motion for relief from the stay in the above-entitled matter.

FACTS

Capital One Auto Finance, a division of Capital One, N.A. holds a perfected interest in a 2020 Lincoln Aviator with a vehicle identification number 5LM5J7WC6LGL37404 (the "Vehicle"). As of August 18, 2024, payments due under the terms of the Contract for the months of May 2024 through August 2024 totaling $2,920.60 have not been made by the Debtor. As of August 18, 2024, the balance due under the Contract is $34,305.55. On information and belief, the J.D. Power Values f/k/a N.A.D.A. Official Used Car Guide clean trade-in value of the Vehicle is approximately $32,800.00. Capital One Auto Finance, a division of Capital One, N.A. has not been provided with evidence of current insurance on the Vehicle.

ARGUMENT

Pursuant to Section 362(d)(1) of the Bankruptcy Code, relief from the automatic stay shall be granted upon request of a creditor "for cause, including the lack of adequate protection of an interest in property of such [creditor]." 11 U.S.C. Section 362(d)(1). No payments have been made as required by the contract between the Debtor and Capital One Auto Finance, a division of Capital One, N.A. has otherwise not been provided with adequate protection of interest in the Vehicle. Capital One Auto

Finance, a division of Capital One, N.A. has not been provided with evidence of current insurance on the Vehicle. Such failure constitutes cause, within the meaning of Section 362(d)(1), entitling Capital One Auto Finance, a division of Capital One, N.A. to relief from the stay. <u>United Savings Assn. of Texas v. Timbers of Inwood Forest Assoc., Ltd. (In re Timbers of Inwood Assoc., Ltd.</u>), 484 U.S. 365, 108 S.Ct. 626, 98 L.Ed.2d 740 (1988).

Pursuant to Section 362(d)(2) of the Bankruptcy Code, relief from the stay is also appropriate where no equity exists and the property is not necessary to an effective reorganization. <u>In re Albany Partners, Ltd.</u>, 749 F.2d 670 (11th Cir. 1984). As of August 18, 2024, the balance due under the contract is $34,305.55. The J.D. Power Values f/k/a N.A.D.A. Official Used Car Guide clean trade-in value of the Vehicle is approximately $32,800.00. Clearly, no appreciable equity exists in the Vehicle. Finally, as this a Chapter 7 case, the Vehicle is not necessary to an effective reorganization.

## CONCLUSION

For all the reasons set forth herein, Capital One Auto Finance, a division of Capital One, N.A. is entitled to an order terminating the automatic stay of 11 U.S.C. §362 and authorizing it to foreclose its interest in the Vehicle in accordance with nonbankruptcy law.

Dated: <u>September 9, 2024</u>                    STEWART, ZLIMEN & JUNGERS, LTD.

By   <u>s/ Bradley J. Halberstadt</u>
Bradley J. Halberstadt (#215296)
Attorneys for Movant
2860 Patton Road
Roseville, MN  55113
651-366-6380 Ext. 111
E-Mail:  Brad@szjlaw.com

|  | U.S. BANKRUPTCY COURT |
|---|---|
|  | DISTRICT OF MINNESOTA |

In re:

Joleen Jennifer Ahlquist

    Debtor.

UNSWORN DECLARATION

FOR PROOF OF SERVICE

Case No. 24-31929

Bradley J. Halberstadt, an agent of Stewart, Zlimen & Jungers, Ltd., attorney(s) licensed to practice law in this court, with office address of 2860 Patton Road, Roseville, MN 55113, declares that on the date set forth below, I served the annexed **Notice of Hearing and Motion for Relief from Stay** upon each of the entities named below by electronic transmission or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid addressed to each of them as follows:

---

| United States Trustee | (Attorney for Debtor) | (Trustee) |
|---|---|---|
| 1015 US Courthouse | Andrew C. Walker | Nauni Jo Manty |
| 300 South 4th Street | Walker & Walker Law Offices PLLC | Manty & Associates PA |
| Minneapolis, MN 55415 | 4356 Nicollet Ave S | 150 South Fifth Street |
|  | Minneapolis, MN 55409 | Suite 3125 |
|  |  | Minneapolis, MN 55402 |
| (Debtor By Mail) |  |  |
| Joleen Jennifer Ahlquist |  |  |
| 1836 55th St E |  | (By Mail) |
| Inver Grove, MN 55077-1687 |  | Joleen Mary Ahlquist |
|  |  | 130 Demont Ave E # 140 |
|  |  | Little Canada, MN 55117 |

---

And I declare, under penalty of perjury, that the foregoing is true and correct.

Date: <u>September 9, 2024</u>    Signed: <u> s/ Bradley J. Halberstadt</u>

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 24-31929 |
| | Chapter 7 |
| Joleen Jennifer Ahlquist, | |
| | ***ORDER GRANTING RELIEF FROM STAY*** |
| Debtor. | |

This case is before the court on the motion of Capital One Auto Finance, a division of Capital One, N.A. for relief from the automatic stay imposed by 11 U.S.C. §362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §362(d) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

    2020 Lincoln Aviator, VIN: 5LM5J7WC6LGL37404

3. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:

_____
Kesha L. Tanabe
United States Bankruptcy Judge

247219