# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:  Ahlquist, Joleen Jennifer                                        BKY 24-31929

      Debtor                                                                          Chapter 7

## ORDER REOPENING CHAPTER 7 BANKRUPTCY

An application by the debtor for an Order reopening her Chapter 7 bankruptcy has been filed and appears to show cause for such reopening under Fed.R.Bankr.P 5010 and 11 U.S.C. §350(b).

**IT IS ORDERED:**

1. This case is reopened.

2. The United States Trustee may serve as trustee if authorized or shall appoint a trustee if appropriate.

Date: June 4, 2025               s/ *Katherine A. Constantine*
                                                      Katherine A. Constantine
                                                      United States Bankruptcy Judge